IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DEBRA MANSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-00609-HDV-TJS |
| | ) | |
| v. | ) | Judge Vietor |
| | ) | Magistrate Judge Shields |
| LITOW & PECH, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, DEBRA MANSON, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

                                                Respectfully submitted,
                                                **DEBRA MANSON**

                                       By:    s/ David J. Steen
                                                Attorney for Plaintiff

Dated: January 25, 2011

LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (515) 724-3384
Facsimile: (888) 418-1277
E-Mail: dsteen@smithlaw.us